ANGELA LIZADA (SBN 1163)
alizada@lawhhp.com
CHRISTINE M. EMANUELSON (SBN 10143)
cemanuelson@lawhhp.com
**HINES HAMPTON PELANDA LLP**
711 South 9th Street
Las Vegas, Nevada 89101
Tel.:  (702) 933-7829
Fax:   (702) 947-1709

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD CHOWNING,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, *et al.*,<br><br>    Defendants. | Case No.:  22-cv-00798-CDS-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING RESPONSE DEADLINE TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** |

   1.   On December 19, 2022, the Defendants in this matter filed a motion for a protective order.  [See ECF Doc. 62.]

   2.   The default deadline for Plaintiff to file a response to that motion is January 2, 2023, pursuant to Local Rule 7-2(b).

   3.   However, prior to filing that motion for a protective order, Defendants' counsel conferred with Plaintiff's counsel about the anticipated response deadline in light of the upcoming holidays.  Defendants' counsel agreed to stipulate to extend the deadline for Plaintiff to file any response to that motion to January 16, 2023.

4. Thus, the parties hereby stipulate, agree, and request that the Court reschedule the deadline for Plaintiff to file any response to Defendants' motion for a protective order [Doc. 62] from January 2nd to January 16, 2023.

DATED this 20th day of December, 2022

**LAW OFFICE OF DAVID SAMPSON**

By: */s/ David Sampson*
David F. Sampson, Esq.
Nevada Bar No. 6811
630 S. 3rd Street
Las Vegas, NV  89101
Tel: (702) 605-1099
david@davidsampsonlaw.com

*Attorney for Plaintiff*

DATED this 20th day of December, 2022

**HINES HAMPTON PELANDA LLP**

By: */s/ Christine Emanuelson*
Angela Lizad, Esq. (#11637)
Christine M. Emanuelson, Esq. (#10143)
711 South 9th Street
Las Vegas, NV 89101
cemanuelson@lawhhp.com

*Attorneys for Defendants*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  December 20, 2022