CHRISTINE M. EMANUELSON (SBN 10143)
cemanuelson@lawhhp.com
NICOLE M. HAMPTON (SBN 16090)
nhampton@lawhhp.com
BRIAN PELANDA
Pro Hac Vice, California Bar No. 278453
bpelanda@lawhhp.com
**HINES HAMPTON PELANDA LLP**
400 South 4th Street
Las Vegas, Nevada 89101
Tel.:    (702) 933-7829
Fax:    (702) 947-1709

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD CHOWNING,<br><br>             Plaintiff,<br><br>         v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, *et al.*,<br><br>             Defendants. | **Case No.:**  22-cv-00798-CDS-EJY<br><br><br>**STIPULATION AND ORDER TO CONTINUE THE DEADLINE TO FILE DISPOSITIVE MOTIONS** |

Plaintiff Richard Chowning ("Plaintiff") and Defendants Nationwide Insurance Company of America, Allied Insurance Company of America, Nationwide Agribusiness Insurance Company, Titan Insurance Company, Victoria Fire & Casualty Company, and Depositors Insurance Company (collectively "Defendants"), by and through their attorneys of record, respectfully ask the Court to continue the existing deadline to file dispositive motions by 30 days. The Parties make this Stipulation pursuant to Local Rule IA 6-1 and Local Rule LR 26-3.

## I.   **INTRODUCTION.**

The last day to file dispositive motions is presently 04/01/26.  [See ECF Nos. 115 & 116.]

By way of this stipulation, the parties agree that the circumstances warrant continuing that deadline by 30 days, making 05/01/26 the new deadline to file dispositive motions.

## II.   **DESCRIPTION OF DISCOVERY LEFT TO BE COMPLETED.**

On 03/05/26, the Court granted the parties' request for permission to allow specified depositions to be completed after the discovery cutoff.  [See ECF No. 125.]  Those included the depositions of Paul Eisinger, Douglas Duesman, and the Rule 30(b)(6) deposition of Defendants.

The depositions of Mr. Eisinger and Mr. Duesman are scheduled to take place on 03/25/26.

Counsel for the parties have also recently conferred over the Rule 30(b)(6) deposition that Plaintiff requested.  In lieu of the Rule 30(b)(6) deposition, Defendants have agreed to respond to up to a total of ten additional interrogatories, which Plaintiff anticipates serving later this week.

## III.   **GOOD CAUSE EXISTS TO CONTINUE THE DISPOSITIVE MOTION DEADLINE BY THIRTY DAYS.**

The parties will not have the transcripts of the depositions of Mr. Eisinger or Mr. Duesman by the existing dispositive motion deadline.  And the parties agree that those transcripts may be necessary for the briefing of dispositive motions.

In addition, Defendants' responses to the additional interrogatories that Plaintiff intends to serve will not be served until several weeks after the existing dispositive motion deadline.  And Plaintiff contends that those interrogatory responses are necessary for purposes of briefing dispositive motions.

Thus, the parties agree that good cause exists to continue the deadline to file dispositive motions from 04/01/26 to 05/01/26.

## IV.   **PROPOSED ORDER.**

In light of the forgoing, the parties request that the Court grant this joint request to continue the deadline to file dispositive motions from 04/01/26 to 05/01/26.

STIPULATIONAND ORDER

Respectfully submitted,

Dated this 17th day of March, 2026.

**LAW OFFICE OF DAVID SAMPSON**

By: */s/ David Sampson*
David F. Sampson, Esq.
Nevada Bar No. 6811
630 S. 3rd Street
Las Vegas, NV  89101
Tel: (702) 605-1099
david@davidsampsonlaw.com

*Attorney for Plaintiff*

Dated this 17th day of March, 2026.

**HINES HAMPTON PELANDA LLP**

By: */s/ Brian Pelanda*
Christine M. Emanuelson, Esq.
Nicole Hampton, Esq.
Brian Pelanda, Esq.
400 South 4th Street
Las Vegas, NV 89101
cemanuelson@lawhhp.com
bpelanda@lawhhp.com

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:**    March 24, 2026

---

3

STIPULATIONAND ORDER